UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE, | 1:03-cv-06285-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14), **DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| vs. | |
| N. GRANNIS, et al., | |
| Defendants. | |

Plaintiff, Daniel Rowe ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 19, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the

1

1  entire file, the Court finds the Findings and Recommendations to
2  be supported by the record and by proper analysis.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1.   The Findings and Recommendations, filed April 19, 2006,
5  are ADOPTED IN FULL;
6       2.   This action is DISMISSED based on plaintiff's failure
7  to obey the court's order of March 8, 2006, pursuant to Local
8  Rule 11-110, and failure to state a claim on which relief can be
9  granted;
10      3.   The Clerk of the Court is directed to enter judgment
11 for defendants.
12 IT IS SO ORDERED.
13 **Dated:  May 26, 2006**              /s/ Robert E. Coyle
   668554                           UNITED STATES DISTRICT JUDGE